Samuel L. Linnet, Esq., ISB No. 9788
E. Michael Hoffman, Esq., ISB No. 11505
Alturas Law Group, PLLC
101 E. Bullion Street, Unit 2H
Hailey, Idaho  83333
Tel:  208.788.6688
sam@alturaslawgroup.com
mhoffman@emhlaw.net

*Attorneys for Defendants*
Legends Development Company
and Gary J. Engman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER ANN HART LIVING TRUST dated February 28, 2014,<br><br>Plaintiffs,<br><br>v.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-0323-DCN<br><br>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD |

COMES NOW Samuel L. Linnet and the law firm of Alturas Law Group, PLLC, counsel of record for Defendants Legends Development Company, a Wyoming corporation, and Defendant Gary J. Engman, and hereby moves this Court for permission to withdraw as attorney of record for said Defendants pursuant to Loc. Civ. R. 83.6.

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD - 1**

The Defendants' last known addresses are:

**Gary J. Engman**
P.O. Box 137
Bellevue, ID 83313

**Legends Development Company (mailing address)**
P.O. Box 137
Bellevue, ID 83313

**Legends Development Company (Principal Office address)**
970 W. Broadway
Suite E-#514
Jackson, WY 83001

This motion is based upon the Affidavit of Samuel L. Linnet filed herewith. Oral argument is requested.

DATED this 29th day of August, 2022.


                ALTURAS LAW GROUP, PLLC


                By: /s/Samuel L. Linnet
                    Samuel L. Linnet

                    *Attorney for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2022, I served a true and correct filed copy of the within and foregoing document upon the parties named below in the matter noted:

| | |
|---|---|
| X  CM/ECF Filing | Edward A. Lawson<br>Jared C. Kimball<br>Lawson Laski Clark<br>P.O. Box 3310<br>Ketchum, Idaho, 83340<br>eal@lawsonlaski.com<br>jck@lawsonlaski.com |

    /s/ Samuel L. Linnet
    Alturas Law Group, PLLC

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD - 3**