Samuel L. Linnet, Esq., ISB No. 9788
E. Michael Hoffman, Esq., ISB No. 11505
Alturas Law Group, PLLC
101 E. Bullion Street, Unit 2H
Hailey, Idaho 83333
Tel: 208.788.6688
sam@alturaslawgroup.com
mhoffman@emhlaw.net

Attorneys for Defendants Legends Development Company
and Gary J. Engman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER ANN HART LIVING TRUST dated February 28, 2014,<br><br>Plaintiffs,<br><br>v.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-0323-DCN<br><br>AFFIDAVIT OF SAMUEL L. LINNET IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD |

I, Samuel L. Linnet, being first duly sworn upon oath, depose, and say as follows:

1. I make this Affidavit based upon my own personal knowledge and belief and am fully competent to testify to the facts stated herein.

2. I am the attorney for the Defendants in the above-entitled matter and a licensed attorney for the State of Idaho.

**AFFIDAVIT OF SAMUEL L. LINNET IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD - 1**

3. I was initially contacted by the Defendants on or about July 8, 2022, for the purpose of representing their interests in the above-entitled proceeding.

4. The Defendants have failed to consistently compensate me for the legal services I provided to them pursuant to our agreement established at the onset of my representation and in accordance with the signed engagement letter between me and Defendants.

5. The Defendants have failed to keep in contact with me or acknowledge correspondence sent to them as requested.

6. Because of this, I am forced to terminate my representation of Defendants, which I communicated to Defendant Gary Engman via a telephone conversation and e-mail on August 22, 2022. In these communications, I ensured that Defendant Gary Engman understood that he had until Friday, August 26, 2022 to retain new counsel and submit a notice of substitution of counsel to the Courts for both matters. If Defendant Gary Engman failed to do so, I informed him that I would then file a motion for withdrawal of counsel in this matter.

7. Defendant Gary Engman has informed me that he has retained a new attorney, but has repeatedly refused to provide me with his new attorney's name or contact information, as recently as August 29, 2022. He has also failed to inform me whether his new attorney plans to file a notice of substitution of counsel with this Court.

8. Because of this, I have no option but to proceed with this Motion for Leave to Withdraw as Counsel for Defendants. I have informed Defendant Gary Engman of my doing so.

9. Withdrawing as counsel for Defendants will not result in prejudice to Defendants or undue delay of this action. Defendant has had ample opportunity to retain new counsel and represents that he has done so. This case is still in the early stages of litigation.

10. Alturas Law Group will continue to meet any and all deadlines set in this matter until this Court enters an order on this Motion to Withdraw and all other requirements of Loc. Civ. R. 83.6 are met.

DATED this 29th day of August, 2022.

ALTURAS LAW GROUP, PLLC

By: _____
Samuel L. Linnet
Attorney for Defendants

SUBSCRIBED AND SWORN to before me this 29TH day of August, 2022.

_____
Notary Public for Idaho
Comm. expires: 10/18/2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I served a true and correct filed copy of the within and foregoing document upon the parties named below in the matter noted:

| | |
|---|---|
| X  CM/ECF Filing | Edward A. Lawson<br>Jared C. Kimball<br>Lawson Laski Clark<br>P.O. Box 3310<br>Ketchum, Idaho, 83340<br>eal@lawsonlaski.com<br>jck@lawsonlaski.com |

/s/ Samuel L. Linnet
Alturas Law Group, PLLC

**AFFIDAVIT OF SAMUEL L. LINNET IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND LAW FIRM OF RECORD - 4**