Bren E. Mollerup, ISB No. 7959
BENOIT LAW
(BENOIT, ALEXANDER, MOLLERUP
 & DANIELSON, PLLC)
126 2nd Avenue North
P.O. Box 366
Twin Falls, Idaho 83303-0366
Telephone: (208) 733-5463
Fax: (208) 734-1438
Email: mollerup@benoitlaw.com
iCourt Service Email: benoitlaw@benoitlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER ANN HART LIVING TRUST dated February 28, 2014,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-0323-DCN<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY PURSUANT TO LOC. CIV. R. 5.1(e) and 83.6(b)(1)** |

PLEASE TAKE NOTICE that Samuel L. Linnet of Alturas Law Group, PLLC hereby withdraws as attorney of record for all Defendants and Bren E. Mollerup of the law firm of Benoit, Alexander, Mollerup & Danielson, PLLC, hereby enters an appearance on behalf of the all Defendants in the above-entitled action without undue delay to the proceedings.

NOTICE OF SUBSTITUTION OF ATTORNEY - 1

All further documents and pleadings shall be served upon Attorney Mollerup at the above address.

DATED this _____ day of August, 2022.

By _____
Gary J. Engman, individually and as President of Legends Development Company, a Wyoming corporation

DATED this 30 day of August, 2022.

ALTURAS LAW GROUP, PLLC

By _____
Samuel L. Linnet
Current Attorney for Defendants

DATED this 31 day of August, 2022.

BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC

By _____
Bren E. Mollerup
Attorneys for Defendants

NOTICE OF SUBSTITUTION OF ATTORNEY - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, I caused a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be served upon the following attorneys in the following manner:

| | | |
|---|---|---|
| Edward A. Lawson<br>Jared C. Kimball<br>LAWSON LASKI CLARK, PLLC<br>P.O. Box 3310<br>Ketchum, ID 83340-3310<br>**(Attorneys for Plaintiff)** | Hand Delivered<br>U.S. Mail<br>Fax *(208) 725-0076*<br>Email<br>Electronic Court Filing<br>efiling@lawsonlaski.com | ☐<br>☐<br>☐<br>☐<br>☒ |

_____
Bren E. Mollerup

NOTICE OF SUBSTITUTION OF COUNSEL - 3