Bren E. Mollerup, ISB No. 7959
BENOIT LAW
(BENOIT, ALEXANDER, MOLLERUP
    & DANIELSON, PLLC)
126 2nd Avenue North
P.O. Box 366
Twin Falls, Idaho  83303-0366
Telephone:  (208) 733-5463
Fax:  (208) 734-1438
Email:  mollerup@benoitlaw.com
iCourt Service Email:  benoitlaw@benoitlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD AND HEATHER ANN HART LIVING TRUST; TRUSTEE GERALD J. HART, solely in his capacity as the Trustee of the Gerard and Heath Hart Living Trust; TRUSTEE HEATH ANN HART, solely in her capacity as Trustee of the Gerard and Heath Ann Hart Living Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming Corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-0323-CWD<br><br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW the attorney of record for the Defendants in the above-entitled action, Bren E. Mollerup of Benoit, Alexander, Mollerup & Danielson, PLLC, and hereby moves the Court for leave to withdraw as attorney of record in the above-entitled matter. This Motion is made pursuant to Dist. Idaho Loc. Civ. R. 83.6(c) and is made for the reason that the attorney client relationship has suffered an irretrievable breakdown and counsel can no longer continue representation in this matter.

MOTION TO WITHDRAW AS COUNSEL OF RECORD - 1

The last known address of the Defendants is P.O. Box 137, Bellevue, ID 83313-0137.

DATED this 15th day of December, 2022.

          BENOIT, ALEXANDER, MOLLERUP
            & DANIELSON, PLLC


By_____
        Bren E. Mollerup
       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be served upon the following attorneys in the following manner:

| | |
|---|---|
| Edward A. Lawson | Hand Delivered ☐ |
| Jared C. Kimball | U.S. Mail ☐ |
| LAWSON LASKI CLARK, PLLC | Fax *(208) 725-0076* ☐ |
| P.O. Box 3310 | Email ☐ |
| Ketchum, ID 83340-3310 | Electronic Court Filing ☒ |
| **(Attorneys for Plaintiff)** | efiling@lawsonlaski.com |

_____
        Bren E. Mollerup

MOTION TO WITHDRAW AS COUNSEL OF RECORD - 2