UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD AND HEATHER ANN HART LIVING TRUST; TRUSTEE GERALD J. HART, solely in his capacity as the Trustee of the Gerard and Heath Hart Living Trust; TRUSTEE HEATH ANN HART, solely in her capacity as Trustee of the Gerard and Heath Ann Hart Living Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming Corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-0323-CWD<br><br>**ORDER FOR WITHDRAWAL AS COUNSEL OF RECORD** |

Upon review of the Motion to Withdraw as Counsel of Record (Dkt. 21), and good cause appearing;

IT IS HEREBY ORDERED that the motion (Dkt. 21) is **GRANTED** and the Law Office of Benoit, Alexander, Mollerup & Danielson, PLLC, is allowed to withdraw as the attorney of record for the Defendants. However, the withdrawing attorney must continue to represent the clients until proof of service of the withdrawal order on the clients has been filed with the Court.

IT IS FURTHER ORDERED that the Defendants must, within twenty-one (21) days after the filing of proof of service by the withdrawing attorney advising the Court that the

withdrawal order has been served, advise the Court in writing as to what manner Defendants will be represented. Defendant, LEGENDS DEVELOPMENT COMPANY, may not appear in this matter without being represented by an attorney in accordance with Dist. Idaho Loc. Civ. R. 83.4(d). The withdrawing attorney shall forthwith, with due diligence, serve copies of this Order for Withdrawal as Counsel of Record upon the Defendants whose last known address is P.O. Box 137, Bellevue, ID 83318-0137, and all other parties to this action, and shall file proof of service with the Court.

No further proceedings shall be had in the action which will affect the rights of the Defendants for a period of 21 days after proof of service of the Order for Withdrawal as Counsel of Record to the Defendants. If Defendants fail to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for the entry of a default against such party or dismissal of the action of such party with prejudice and without further notice, which shall be stated in the order of the Court.

DATED: December 21, 2022

_____
Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR WITHDRAWAL AS COUNSEL OF RECORD - 2