Jared C. Kimball, ISB No. 5491
LAWSON LASKI CLARK, PLLC
675 Sun Valley Road, Suite A
Post Office Box 3310
Ketchum, Idaho  83340
Telephone: (208) 725-0055
Facsimile: (208) 725-0076
jck@lawsonlaski.com
efiling@lawsonlaski.com

Attorneys Plaintiffs.

UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>Defendants. | Case No. 1:22-cv-00323-CWD<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

COMES NOW, GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014 ("Plaintiffs" or "the Trust"), by and through its attorneys, Jared C. Kimball of the firm LAWSON LASKI CLARK, PLLC, hereby requests the Clerk to enter a *Default Judgment* against the Defendants, LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual, pursuant

MOTION FOR ENTRY OF DEFAULT JUDGMENT -1

to Rule 55(b)(1) of the Federal Rules of Civil Procedure. In support of this request, Plaintiffs rely upon the record in this case and the *Affidavit of Jared C. Kimball In Support Entry of Default Judgment* submitted herein and incorporated by reference.

    Respectfully submitted.

DATED:   January 25, 2023.   **LAWSON LASKI CLARK, PLLC**

By: *(signature)*

Jared C. Kimball
Attorney for Plaintiffs