Jared C. Kimball, ISB No. 5491
LAWSON LASKI CLARK, PLLC
675 Sun Valley Road, Suite A
Post Office Box 3310
Ketchum, Idaho  83340
Telephone: (208) 725-0055
Facsimile: (208) 725-0076
jck@lawsonlaski.com
efiling@lawsonlaski.com

Attorneys Plaintiffs.

UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

|  |  |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014,<br><br>        Plaintiffs,<br><br>vs.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>        Defendants. | Case No. 1:22-cv-00323-CWD<br><br><br>**AFFIDAVIT OF JARED C. KIMBALL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

## <u>AFFIDAVIT</u>

I, Jared C. Kimball, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.     I, and my firm, are the attorneys for the Plaintiffs in this action.

2.     This Court entered a Clerk's Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on January 19, 2023 (ECF # 27).

3.      This affidavit attests to the fact that to the best belief and knowledge of affiant, none of Defendants is either an infant or an incompetent, nor is any defendant in the military service of the United States of America.

4.      As noted previously in *Plaintiffs Initial Disclosures* (ECF # 19), Plaintiffs' have provided an initial computation of damages, noting that "Plaintiffs' computation of damages is still being investigated and ascertained and is therefore yet continuing."   *See* **Exhibit A** at p. 5.

5.      Plaintiffs initial calculation listed damages in the amount of ***$825,000.00*** *and* includes a breakdown of damages by the category of the defect repair/replacement required at the property at issue in the above-captioned matter. *Id.*

6.      Plaintiffs' damages as noted in **Exhibit A** were derived from the written estimate of Sawtooth Construction, Inc., a registered general contractor in the State of Idaho. *See* **Exhibit B**.

7.      As described in Plaintiffs' *Verified Complaint,* (at p. 14, ¶ 68), Defendants and Plaintiffs agreed to a $250,000.00 "holdback" of the proceeds of sale of the property at issue to be kept in escrow for the purpose of Defendants paying for unfinished/incomplete repairs. *See* **Exhibit C** (Addendum to Purchase and Sales Agreement); *see also*, **Exhibit D** (Pioneer Title Withhold Agreement).

8.      To date, of the $250,000.00 "holdback" monies held in escrow for repairs, $108,629.35 has been paid out under the "Withhold Instruction" to Plaintiffs' contractor (Sawtooth Construction, Inc.) to conduct repairs at the property.

9.      Because Plaintiffs have already received $108,629.35 in repair "holdback" monies, this figure should be deducted from the total estimated repair figure (*i.e.,* $825,000 - $108,629.35 = $716,370.65).

10.      On or about October 18, 2022, Defendants advised the escrow company not to make any additional disbursement of the repair "holdback" monies to Plaintiffs' contractor, and Plaintiffs have not received any additional repair "holdback" monies since that time.

11.     Therefore, Plaintiffs reasonably expect to incur $716,370.65 in repairs to the property at issue herein, and Plaintiffs seek these monies through their *Motion for Entry of Default Judgment* and accompanying pleadings.

12.     Attached hereto as **Exhibit E** are true and correct copies of the time records from Lawson Laski Clark, PLLC that reflect the time spent by my firm to investigate and prosecute this action.  As reflected in the attached, the total amount of attorneys' fees and costs total $35,006.43 which reflects attorneys' fees in the amount of $32,547.09 and costs in the amount of $2,459.34.

13.     To establish the outstanding amount due and owing from a client, this law firm prepares time slips utilizing the "ProLaw" program describing costs incurred, the particular legal services performed, together with the particular date such legal services were rendered, as well as designating the amount of time spent on the particular matter.  *See* **Exhibit E**.

14.     To the best of my knowledge and belief, the itemization of fees and costs set out in **Exhibit E** are true and correctly stated, were necessarily incurred, and are allowable by law.

15.     The time and effort expended by Lawson Laski Clark, PLLC was necessary, appropriate and reasonably incurred in prosecuting the instant matter.  In this case, the sum for attorneys' fees and costs is reasonable due to the number of pleadings that took place during this litigation, which was originally filed by Plaintiffs in Blaine County District Court, but later removed by Defendants to the United States District Court for the State of Idaho.

16.     In awarding attorneys' fees, the court shall consider the factors set forth in Idaho Rule of Civil Procedure 54(e)(3), which include the time and labor required, the novelty and difficulty of the questions, the prevailing charges for like work, the amount involved and the results obtained, and the reasonable cost of automated legal research if the court finds it was reasonably necessary in preparing a party's case.

17.     In this action charges (costs) for the serving process and for retaining a private investigator were necessarily incurred in the preparation, service of, and transmittal of both state and federal court

pleadings and were necessary in preparing and compiling discovery and in preparing to confront noted and anticipated defenses. These costs are reasonable, and were actual and necessary to prosecute this action.

18.     Plaintiffs are entitled to recover its attorney's fees in this action pursuant to the terms of the contract, Idaho Rule of Civil Procedure 54, Federal Rule of Civil Procedure 54, and Idaho Code §§ 12-120 and 12-121.

19.     Plaintiffs are therefore, in good faith, guided by Rule 55(b)(1) of the Federal Rules of Civil Procedure, and as detailed in the instant affidavit, Plaintiffs are making a claim for "a sum certain or a sum that can be made certain by computation."

20.     Plaintiffs "sum certain" is comprised of:

   a.     $716,370.65 for estimated repairs to the real property that is the subject of the *Verified Complaint*.

   b.     $35,006.43 in attorneys' fees *and* costs accrued to date.

21.     Total sum certain claimed by entry of default judgment: **$751,377.08**.

22.     Plaintiffs are also entitled to interest thereon as guided by 28 U.S.C. § 1961, and by I.C. § 28-22-104.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JARED C. KIMBALL

STATE OF IDAHO    )
                  )
County of Blaine  )

Signed (or attested) before me on this 25 day of January, 2023 by JARED C. KIMBALL.

FELICIA BAUER
Notary Public - State of Idaho
Commission Number 67120
My Commission Expires Sep 6, 2028

Notary Public of Idaho
Commission Expires: 09/06/2028

AFFIDAVIT OF JARED C. KIMBALL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT -4

Edward A. Lawson, ISB No. 2440
Jared C. Kimball, ISB No. 5491
LAWSON LASKI CLARK, PLLC
675 Sun Valley Road, Suite A
Post Office Box 3310
Ketchum, Idaho 83340
Telephone: (208) 725-0055
Facsimile: (208) 725-0076
*eal@lawsonlaski.com*
*jck@lawsonlaski.com*
*efiling@lawsonlaski.com*

Attorneys Plaintiffs.

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, <br><br> Plaintiffs, <br><br> vs. <br><br> LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual, <br><br> Defendants. | Case No. 1:22-cv-00323-CWD <br><br><br> PLAINTIFFS' INITIAL DISCLOSURES |

Plaintiff GERARD J. HART, solely in his capacity as Trustee of the GERARD AND

HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART,

solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST

dated February 28, 2014 ("Plaintiffs"), by and through its attorneys of record, hereby submit the

following initial disclosures ("Initial Disclosures") pursuant to the Jointly Proposed Discovery

Plan, Federal Rule of Civil Procedure 26(a)(1)(A), and Local Rule 26.2.

INITIAL DISCLOSURES - 1

Exhibit A

## **QUALIFICATIONS**

The information in these disclosures is based on information currently reasonably available to Plaintiffs.  Plaintiffs anticipate that further discovery, research, and analysis may supply additional facts, theories, and/or materials.  Accordingly, Plaintiffs reserve the right to supplement these Initial Disclosures in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

Nothing herein is intended nor should anything herein be construed as an admission of any fact, law, waiver or any privilege, or waiver of confidentiality.  Plaintiffs, therefore, reserve all objections relating to the information contained herein.

Plaintiffs specifically reserve and assert its objections to the production of documents and tangible things which are protected from disclosure by the following privileges: investigation/trial preparation materials pursuant to Rule 26(b)(3) of the Federal Rules of Civil Procedure; work product materials pursuant to Rule 26(b)(3) and (4) of the Federal Rules of Civil Procedure; consulting expert materials pursuant to Rule 26(b)(4)(D) of the Federal Rules of Civil Procedure; attorney/client communications; and materials protected by other applicable privileges.

     i.    Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

To the best of these Plaintiffs' knowledge, the following individuals may have discoverable information:

12673-001
Exhibit A

| A. Gary Engman/Legends Development Company<br><br>Contact *via* counsel for Defendants | As Defendant(s) in this matter, has information regarding the contract, defects and repairs at the property at issue |
| --- | --- |
| B. Gerard Hart<br><br>Contact *via* counsel for Plaintiffs | As a Plaintiff in this matter, has information regarding the contract, defects and repairs at the property at issue |
| C. Heather Hart<br><br>Contact *via* counsel for Plaintiffs | As a Plaintiff in this matter, has information regarding the contract, defects and repairs at the property at issue |
| D. Mark Brown<br><br>Pioneer Associates R.E. Brokers<br>P.O. Box 5618<br>Ketchum, Idaho 83340<br>(208) 481.1519 | A realtor who has knowledge of the contract, defects and repairs at the property at issue |
| E. Blake Nelson<br><br>Compass Mountain West LLC<br>360 East Eve N. Unit 2 & 3<br>Ketchum, Idaho 83340 | A realtor who has knowledge of the contract, defects and repairs at the property at issue |
| F. Preston Ziegler<br><br>Sawtooth Construction<br>513 N/ Main St., Suite # 1<br>Hailey, ID 83333<br>(208) 726.9070 | A construction professional who has knowledge of the defects and repairs at the property at issue |
| G. Tanner Sanders<br><br>Method Home Inspection<br>1908 Warm Springs Rd., Unit 13<br>Ketchum, ID 83340<br>(208) 659.2810 | A home inspection professional who has knowledge of the defects and repairs at the property at issue |

12673-001
**Exhibit A**

| H.  5B Plumbing and Heating, LLC<br>(Representatives of)<br><br>P.O. Box 368<br>Bellevue, ID 83313<br>(208) 721.2101 | A construction/plumbing/heating professional who has knowledge of the defects and repairs conducted at the property at issue |
|---|---|
| I.  Bio Sandblasting Alternative<br>(Representatives of)<br><br>416 N. 3rd St.<br>Bellevue, ID 83313<br>(208) 720.6002 | A construction/sandblasting professional who has knowledge of the defects and repairs conducted at the property at issue |
| J.  Clearwater Landscaping<br>(Representatives of)<br><br>105 Kingsbury Ln.<br>Gannet, ID 83313<br>(208) 788.5436 | A construction/landscaping professional who has knowledge of the defects and repairs conducted at the property at issue |
| K.  Sawtooth Plumbing and Heating<br>(Representatives of)<br><br>722 N. Main St.<br>Bellevue, ID 83313<br>(208) 788.7920 | A construction/plumbing/heating professional who has knowledge of the defects and repairs conducted at the property at issue |
| L.  Idaho Custom Elevators<br><br>Jennifer Hockman<br>1899 East Melwood St.<br>Meridian, ID 83642<br>(208) 890.2983 | A construction/elevator professional who has knowledge of the defects and repairs conducted at the property at issue |
| M.  Michael J. Ward, PE<br><br>P.O. Box 3086,<br>Hailey, ID 83333 | An engineering professional who has knowledge of the property at issue regarding engineering and structural integrity matters |

12673-001
**Exhibit A**

ii.  Provide a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment.

- *See* the documents attached hereto as Bates Nos. LLC000001-000441.

iii.  Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

1.  *Damages*:  Plaintiffs' computation of damages is still being investigated and ascertained and is therefore yet continuing. Plaintiffs herein provide an initial estimated computation of damages showing **$825,000.00.** (*see* Damages Tables below).

| *Septic Pumps* | *Dishwasher* | *Cook Top* | *Elevator* | *Roofing* |
|---|---|---|---|---|
| Est. Repair/Replace Costs **$12,000.00** | Est. Repair/Replace Costs **$1,500.00** | Est. Repair/Replace Costs **$18,000.00** | Est. Repair/Replace Costs **$125,000.00** | Est. Repair/Replace Costs **$85,000.00** (at damaged location) **$175,000.00** (to replace all roof membranes) |

| *Heating System* | *Windows* | *Waterproofing* | *Swimming Pool* | *Electrical Repairs* |
|---|---|---|---|---|
| Est. Repair/Replace Costs **$40,000.00** | Est. Repair/Replace Costs **$16,500.00** | Est. Repair/Replace Costs **$55,000.00** | Est. Repair/Replace Costs **$350,000.00** | Est. Repair/Replace Costs **$18,000.00** |

| Landscaping/Irrigation |
|---|
| Est. Repair/Replace Costs |

12673-001
Exhibit A

| $14,000.00 |

See, Bates No. LLC000084-85; see generally, Bates Nos. LLC000001-000441. Under Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs are producing copies of documents and data upon which Plaintiffs estimated damages are being based and approximated. See id. The method for arriving at this initial damages computation is based on the current estimated costs to repair/replace defects contained at the real property at issue in this matter. Damages noted herein, and/or those further identified will be described by lay and/or expert witnesses disclosed in keeping with the current Discovery and Litigation Plans of record and/or as guided by this Court.

Plaintiffs reserve the right to supplement discovery and disclosures regarding damages, including for substantiating, noticing, and seeking *punitive* damages in a pre-trial motion, as new information is obtained through discovery or other investigate efforts that bears on ascertaining an amount of damages and/or the methods for calculating the same.

iv. Provide for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

These is no such policy.

Respectfully submitted.

DATED:    September 29, 2022.

**LAWSON LASKI CLARK, PLLC**

By:    _____

Jared C. Kimball
Attorney for Plaintiffs

INITIAL DISCLOSURES - 6

<span style="color:red">Exhibit A</span>

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 29, 2022, he caused a true and correct copy of the foregoing instrument to be served on the following persons by the means indicated:

**Bren E. Mollerup,**
**ISB No.7959**
**BENOIT LAW**
126 2nd Avenue North
P.O. Box 366
Twin Falls, Idaho 83303-0366
Telephone: (208) 733-5463
Fax: (208) 734-1438
Email: mollerup@benoitlaw.com      X    CM/ECF E-File Electronic Service
iCourt Service Email:
benoitlaw@benoitlaw.com

Jared C. Kimball

12673-001
Exhibit A



30 Cheval Circle
Repair Items - Budget

1. **Septic Pumps** – Remove and replace 4 Sewage Ejection Pumps, Remove and Replace vertical ejection pipes, Repair control panels and adjust floats.
   - Estimated Cost - $12,000

2. **Dishwasher** – Remove and Replace Dishwasher, Install Garbage Disposal and Dishwasher hookup, Install Electricity to Dishwasher.
   - Estimated Cost - $1,500

3. **Cook Top** – Remove and Replace Cooktop due to gas leaks
   - Estimated Cost - $18,000

4. **Elevator** – Remove Existing cab and equipment, Remove Existing Doors at Floors.  Install new Elevator Cab to meet code.  Install access doors and lockouts per code
   - Estimated Cost - $125,000

5. **Roofing** – Remove and Replace existing membrane roof at damaged locations. Above both Garage areas, Above Entry, Above South Staircase and Office.  Other Areas not inspected due to installed decking.
   - Estimated Cost - $85,000
   - Estimated Cost to replace all roof membranes - $175,000

6. **Heating System** – The existing hydronic heating system is controlled by one Thermostat for multiple zones.  The system needs to be zoned correctly and a control system installed.  Install Zone controls and thermostats.
   - Estimated Cost - $40,000

7. **Windows –** Remove and replace Windows with Broken Seals.
   - Estimated Cost – $16,500

Exhibit B

8. **Waterproofing** – Remove and Replace Poorly installed waterproofing at window and door openings. Remove and replace water damaged Parapet Caps and Fascia supports from improper waterproofing.
   - Estimated Cost - $55,000

9. **Swimming Pool** – Remove existing leaking rubber membrane, remove existing liquid applied damp-proofing paint, remove existing nonfunctional pool equipment. Remove rotten wood surround at pool rim.  Install Liquid Applied Waterproof barrier to concrete surround, Install swimming pool and associated mechanical equipment.  Install waterproof pool deck and coping.
   - Estimated Cost - $350,000

10. **Electrical Repairs –** Make multiple electrical repairs to make the house safe and functional.
    - Estimated Cost - $18,000

11. **Landscaping Irrigation system –** Install Landscaping irrigation system to keep existing trees and landscaping alive.
    - Estimated Cost - $14,000

| Addendum # | 2 | Date of Addendum: | March 25, 2022 |
|---|---|---|---|

This is an ADDENDUM to the Real Estate Purchase and Sale Agreement, Identified as:

**Document #** MB-102-2022    **Date of Document** February 10, 2022    **Page** 1 of 1

**Property Address:** 30 Cheval Circle, Blaine County, Idaho

**Buyer(s):** Gerard Hart and Heather Hart and/or assigns

**Seller(s):** Gary Engman

The undersigned Parties hereby agree as follows:

1) Buyers agrees to release the nonrefundable earnest money to the Seller via Pioneer Title Inc.
   This will take place after both Buyers and Seller sign this agreement.

2) Seller agrees to hold back $250,000 at closing to finish or repair any items that has not been completed.
   The items to be completed as stated in paragraph 6 or the Purchase and Sales Agreement.
   When the Seller signs off on the completion list, then the balance will be returned to the Seller.

3) All other terms and conditions remain the same.

This ADDENDUM, upon its execution by both parties, is made an integral part of the aforementioned Agreement. In the event of any conflict or inconsistency between the provisions of this Addendum and the aforementioned Agreement, the provisions of this Addendum shall control in all respects.

**Buyer's Signature**

X _____  3/26/22
Signature                Date

**Buyer's Signature**

X _____  3/26/22
Signature                Date

**Seller's Signature**

X _____  _____
Signature                Date

**Seller's Signature**

X _____  _____
Signature                Date

Exhibit C

 

411419-1109-0

# WITHHOLD INSTRUCTIONS

Date:  May 23, 2022
File No. 799977
Property: 30 Cheval Circle, Bellevue, ID 83313

In consideration of closing the subject transaction, Pioneer Title Company of Blaine County (herein referred to as Escrow Holder), Gerard J. Hart and Heather Ann Hart, trustees, or their successors in interest, of the Gerard and Heather Hart Living Trust dated February 28, 2014, and any amendments thereto (herein referred to as Purchaser/Owner), and Legends Development Company, a Wyoming corporation (herein referred to as Seller/Contractor), hereby enter into an Escrow Agreement for the purpose of escrowing funds in the amount of $250,000.00, from the Seller's net proceeds to ensure completion of the following described work on the above-captioned property:

> Final Repairs per attached Addendum

The Seller/Contractor additionally agree that they are personally liable to the Purchaser/Owner for the completion of the work, free and clear of all liens, and that this undertaking is additional to and not in lieu of any other covenants or warranties that may exist between the parties. Seller/Contractor agrees to pay for all labor and material necessary for completion of the work, and the work is to be finished free and clear of all liens, encumbrances, or unpaid obligations, as all such matters shall be the sole obligation and responsibility of the Seller/Contractor.

It is understood that all work will be completed no later than 12/1/2022. Upon the Escrow Holder's receipt of a written confirmation from the Purchaser/Owner as to the completion of the work OR upon the Escrow Holder's receipt of written instructions from the Purchaser's lender (if the withhold is made under the direction of such lender), the Escrow Holder is directed to release the withheld funds as follows:

> Restoration Lumber, PO Box 137, Bellevue, ID  83313

The obligation of the Escrow Holder to release the funds will be subject to approval by Federal Housing Administration, Veterans Administration, or lender, as may be required by the terms and conditions of the Purchasers/Owners' loan, if applicable.

Escrow Holder will have no responsibility for the completion of this work, the quality of the work or the materials used, or the timeliness of the work performed. The Escrow Holder's duties are limited to the retention and distribution of the funds as indicated herein.

In the event that the above-described work is not completed by the required date, or in the event that any dispute arises between the principals hereto or with any third party, the Escrow Holder is hereby authorized and directed after sixty (60) days from the agreed-upon completion date, to disburse all escrow funds held in the above-numbered escrow, pursuant to this agreement, in the form of **cashier's check payable to BOTH BUYER AND SELLER** and deliver to:

> Pioneer Associates, PO Box 5618, Ketchum, ID  83340

ESCROW HOLDER SHALL PAY NO INTEREST TO SELLER/CONTRACTOR, PURCHASER/OWNER, OR ANY OTHER PARTY ON ACCOUNT OF THE FUNDS HELD IN ESCROW PURSUANT TO THIS AGREEMENT.

In consideration of the mutual terms of this Agreement, and in consideration of the Escrow Holder undertaking to hold the funds as herein set forth, Sellers/Contractors and Purchasers/Owners jointly and severally hereby agree  to indemnify; save harmless; and compensate for actual damage, expense, claims, causes of action, and charges that may be incurred by Escrow Holder, or for which it may become liable, or have asserted against it arising out of it holding the funds pursuant to this Escrow Withhold Agreement.  This indemnity shall extend to all claims of any nature, whether based on breach of contract, negligence, or otherwise.  Each of the parties hereto shall pay any and all attorneys' fees and costs that may be incurred by Escrow Holder in performing the duties hereunder or in defending itself against any claims of the parties hereto, whether or not Escrow Holder is at fault. In the event it is it is necessary for Escrow Holder to institute litigation in order to enforce the obligations hereunder, or to interpleand any of the funds into court, as may be permitted by Idaho law, the parties hereto agree to pay all attorneys fees and court costs that may be incurred by Escrow Holder therein, including any costs on appeal thereof.

Purchaser/Owner:                                      Seller/Contractor:

The Gerard and Heather Hart Living Trust dated        Legends Development Company, a Wyoming corporation
February 28, 2014, and any amendments thereto

By: _____                         By: _____
Gerard J. Hart, Trustee                                    Gary J. Engman, President

By: _____
Heather Ann Hart, Trustee

# Lawson Laski Clark, PLLC

# Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Activity Code:** | | | | | | | |
| **Initials:** | | | | | | | |
| **Date: 7/5/2022** | | | | | | | |
| 07/05/2022 | | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Process Server | | ProcServ | 1.00 | 215.60 | 215.60 |
| | | | | **Date: 7/5/2022** | 1.00 | | 215.60 |
| **Date: 8/3/2022** | | | | | | | |
| 08/03/2022 | | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Process Server | | ProcServ | 1.00 | 65.00 | 65.00 |
| | | | | **Date: 8/3/2022** | 1.00 | | 65.00 |
| **Date: 8/10/2022** | | | | | | | |
| 08/10/2022 | | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Filing Fees | | FF | 1.00 | 228.74 | 228.74 |
| 08/10/2022 | | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Process Server | | ProcServ | 1.00 | 150.00 | 150.00 |
| | | | | **Date: 8/10/2022** | 2.00 | | 378.74 |
| **Date: 1/20/2023** | | | | | | | |
| 01/20/2023 | | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Private Investigator | | PI | 1.00 | 1,800.00 | 1,800.00 |
| | | | | **Date: 1/20/2023** | 1.00 | | 1,800.00 |
| | | | | **Initials:** | 5.00 | | 2,459.34 |
| **Initials: ELA** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| | | **Date: 12/2/2022** | | | | | |
| 12/02/2022 | ELA | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Conference with J. Kimball regarding<br>Litigation strategy. | | T | 0.30 | 425.00 | 127.50 |
| | | | | **Date: 12/2/2022** | 0.30 | | 127.50 |
| | | | | **Initials: ELA** | 0.30 | | 127.50 |
| **Initials: JCK** | | | | | | | |
| | | **Date: 6/6/2022** | | | | | |
| 06/06/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review email correspondence and<br>attachments from client. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 6/6/2022** | 0.40 | | 120.00 |
| | | **Date: 6/7/2022** | | | | | |
| 06/07/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Digest client emails and documents. | | T | 0.40 | 300.00 | 120.00 |
| 06/07/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review client documents; develop follow<br>up questions and outline possible claims<br>for Complaint. | | T | 1.50 | 300.00 | 450.00 |
| | | | | **Date: 6/7/2022** | 1.90 | | 570.00 |
| | | **Date: 6/8/2022** | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 06/08/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research remedies regarding rescission v specific performance; outline facts and other causes of action. | | T | 2.20 | 300.00 | 660.00 |
| 06/08/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with clients. | | T | 0.25 | 300.00 | 75.00 |
| 06/08/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Prepare first draft of Complaint; review client documents; prepare outline of other documents needed; research Writ of Attachment; create a "to do" list for client. | | T | 6.25 | 300.00 | 1,875.00 |
| | | | | **Date: 6/8/2022** | 8.70 | | 2,610.00 |
| | **Date: 6/9/2022** | | | | | | |
| 06/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Edit Complaint draft; add to list of documents needed from client for background and follow-up. | | T | 0.60 | 300.00 | 180.00 |
| 06/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with clients regarding case background. | | T | 0.80 | 300.00 | 240.00 |
| 06/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Preston Ziegler regarding repairs at the house. | | T | 0.20 | 300.00 | 60.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

**Exhibit E**

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|-------|------|-----|-------|-------|-------|
| 06/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Edit Amended Complaint; draft to<br>expand counts; research mutual mistake;<br>review client materials. | | T | 3.70 | 300.00 | 1,110.00 |
| | | | | **Date: 6/9/2022** | 5.30 | | 1,590.00 |
| **Date: 6/10/2022** | | | | | | | |
| 06/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research property condition disclosure<br>duties and fraud/mutual mistake/and<br>rescission issues. | | T | 2.25 | 300.00 | 675.00 |
| 06/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Revise draft Complaint; incorporate<br>client input and background; edit all<br>counts. | | T | 4.00 | 300.00 | 1,200.00 |
| | | | | **Date: 6/10/2022** | 6.25 | | 1,875.00 |
| **Date: 6/13/2022** | | | | | | | |
| 06/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Edit verified Complaint. | | T | 0.75 | 300.00 | 225.00 |
| 06/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Call to Mark Brown regarding Records. | | T | 0.25 | 300.00 | 75.00 |
| 06/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with clients<br>regarding items we need. | | T | 0.25 | 300.00 | 75.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review new client documents. | | T | 1.20 | 300.00 | 360.00 |
| | | | | **Date: 6/13/2022** | 2.45 | | 735.00 |
| **Date: 6/14/2022** | | | | | | | |
| 06/14/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review new client emails and<br>attachments; research seller's disclosure<br>statute and case law; call with Mark<br>Brown. | | T | 2.40 | 300.00 | 720.00 |
| | | | | **Date: 6/14/2022** | 2.40 | | 720.00 |
| **Date: 6/16/2022** | | | | | | | |
| 06/16/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Call to Mark Brown; email<br>correspondence to clients. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 6/16/2022** | 0.40 | | 120.00 |
| **Date: 6/17/2022** | | | | | | | |
| 06/17/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Call with client; review client documents. | | T | 0.60 | 300.00 | 180.00 |
| 06/17/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review email correspondence and<br>attachments from Mark Brown. | | T | 1.20 | 300.00 | 360.00 |
| | | | | **Date: 6/17/2022** | 1.80 | | 540.00 |
| **Date: 6/20/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

**Exhibit E**

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/20/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with client and<br>review new materials. | | T | 0.50 | 300.00 | 150.00 |
| | | | | **Date: 6/20/2022** | 0.50 | | 150.00 |
| **Date: 6/21/2022** | | | | | | | |
| 06/21/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Digest Mark Brown email<br>correspondence and attachments. | | T | 2.25 | 300.00 | 675.00 |
| | | | | **Date: 6/21/2022** | 2.25 | | 675.00 |
| **Date: 6/23/2022** | | | | | | | |
| 06/23/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Mark Brown Documents;<br>Telephone conference with client; review<br>Draft Complaint. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 6/23/2022** | 0.75 | | 225.00 |
| **Date: 6/24/2022** | | | | | | | |
| 06/24/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Revise Complaint; review client<br>documents and Mark Brown Records and<br>emails; Prepare Summons; research<br>Service on Foreign Corporation; research<br>Defenses for Engman; digest Inspection<br>Report and I.C. 55-2501 | | T | 4.50 | 300.00 | 1,350.00 |
| | | | | **Date: 6/24/2022** | 4.50 | | 1,350.00 |
| **Date: 6/28/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------|---------------|------------------------|-------|-------|-------|
| 06/28/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review and Edit Complaint; finalize all<br>Documents and Exhibits for filing. | | T | 2.50 | 300.00 | 750.00 |
| | | | | **Date: 6/28/2022** | 2.50 | | 750.00 |
| | | **Date: 6/29/2022** | | | | | |
| 06/29/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Calls with Process Server regarding<br>Strategy for serving Engman. | | T | 1.75 | 300.00 | 525.00 |
| 06/29/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Scout locations for Bingham; Colonnade;<br>research other service options. | | T | 0.25 | 300.00 | 75.00 |
| | | | | **Date: 6/29/2022** | 2.00 | | 600.00 |
| | | **Date: 7/1/2022** | | | | | |
| 07/01/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Calls with Process Server; Prepare Notice<br>of Service of Summons/Complaint for<br>Court Filing. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 7/1/2022** | 0.75 | | 225.00 |
| | | **Date: 7/29/2022** | | | | | |
| 07/29/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Defendant's Motion to Remove<br>to Federal Court; research for Response<br>to Remand. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 7/29/2022** | 0.75 | | 225.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | **Date: 8/2/2022** | | | | | |
| 08/02/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with clients on<br>Update of Case Status. | | T | 0.20 | 300.00 | 60.00 |
| | | | | **Date: 8/2/2022** | 0.20 | | 60.00 |
| | | **Date: 8/9/2022** | | | | | |
| 08/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with counsel;<br>review Pleadings; research removal and<br>diversity of Corporation. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 8/9/2022** | 0.75 | | 225.00 |
| | | **Date: 8/10/2022** | | | | | |
| 08/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review client email correspondence;<br>review Purchase & Sales Agreement and<br>Addendum; Telephone conference with<br>client. | | T | 0.50 | 300.00 | 150.00 |
| 08/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Mark Brown;<br>Telephone conference with G.J. | | T | 0.50 | 300.00 | 150.00 |
| | | | | **Date: 8/10/2022** | 1.00 | | 300.00 |
| | | **Date: 8/17/2022** | | | | | |
| 08/17/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Federal and State Court Case<br>Law; email correspondence with clients. | | T | 0.60 | 300.00 | 180.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

# Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 08/17/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Diversity Jurisdiction Authorities. | | T | 0.60 | 300.00 | 180.00 |
| | | | | **Date: 8/17/2022** | 1.20 | | 360.00 |
| **Date: 8/19/2022** | | | | | | | |
| 08/19/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review client emails; Telephone conference with client. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 8/19/2022** | 0.40 | | 120.00 |
| **Date: 8/26/2022** | | | | | | | |
| 08/26/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Federal Rules for Litigation and Discovery Plan; Review Defendant's Answer to Complaint; research possible defects in removal. | | T | 2.40 | 300.00 | 720.00 |
| | | | | **Date: 8/26/2022** | 2.40 | | 720.00 |
| **Date: 8/30/2022** | | | | | | | |
| 08/30/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review new Pleadings on new Counsel; email correspondence with client; Telephone conference with current counsel. | | T | 0.60 | 300.00 | 180.00 |
| | | | | **Date: 8/30/2022** | 0.60 | | 180.00 |
| **Date: 9/6/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

# Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 09/06/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Edit and review Discovery and Litigation plan; email correspondence with counsel. | | T | 0.25 | 300.00 | 75.00 |
| | | | | **Date: 9/6/2022** | 0.25 | | 75.00 |
| **Date: 9/16/2022** | | | | | | | |
| 09/16/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Court Scheduling Order; email correspondence with client. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 9/16/2022** | 0.40 | | 120.00 |
| **Date: 9/20/2022** | | | | | | | |
| 09/20/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference with Preston; email correspondence with counsel; organize and review Discovery for Disclosure. | | T | 0.75 | 300.00 | 225.00 |
| 09/20/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Discovery and additional client materials. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 9/20/2022** | 1.15 | | 345.00 |
| **Date: 9/21/2022** | | | | | | | |
| 09/21/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Texts to Preston; review Discovery requirements. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 9/21/2022** | 0.40 | | 120.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| | | **Date: 9/22/2022** | | | | | |
| 09/22/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Prepare for and attend Telephone<br>conference with Opposing Counsel<br>regarding settlement. | | T | 0.75 | 300.00 | 225.00 |
| 09/22/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with Counsel;<br>Telephone conference with Preston<br>Ziegler. | | T | 0.50 | 300.00 | 150.00 |
| | | | | **Date: 9/22/2022** | 1.25 | | 375.00 |
| | | **Date: 9/26/2022** | | | | | |
| 09/26/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with clients<br>regarding update on the matter. | | T | 0.10 | 300.00 | 30.00 |
| 09/26/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Rule 26(A) (1) electronically<br>stored information for upcoming<br>disclosure deadline to compile responsive<br>documents to disclose under the rule. | | T | 1.10 | 300.00 | 330.00 |
| | | | | **Date: 9/26/2022** | 1.20 | | 360.00 |
| | | **Date: 9/28/2022** | | | | | |
| 09/28/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Prepare Initial Disclosures; review all<br>Bates Numbers and Potential Witnesses;<br>damage calculations. | | T | 3.75 | 300.00 | 1,125.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 09/28/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Preston at Sawtooth Construction. | | T | 0.10 | 300.00 | 30.00 |
| | | | | **Date: 9/28/2022** | 3.85 | | 1,155.00 |
| **Date: 9/29/2022** | | | | | | | |
| 09/29/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Punitive Damages; edit damages and the Initial Rule 26 Disclosures; review all Bates Production. | | T | 1.40 | 300.00 | 420.00 |
| 09/29/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Mark Brown; Telephone conference with Pioneer Title; email correspondence with counsel; review prior email correspondence with counsel and Damage numbers. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 9/29/2022** | 2.15 | | 645.00 |
| **Date: 10/4/2022** | | | | | | | |
| 10/04/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Inter pleader as remedy for obtaining funds held in Escrow; review client documents and Purchase & Sales Agreement hold-back. | | T | 1.25 | 300.00 | 375.00 |
| | | | | **Date: 10/4/2022** | 1.25 | | 375.00 |
| **Date: 10/5/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

**Exhibit E**

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/05/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference and email<br>correspondence with clients. | | T | 0.90 | 300.00 | 270.00 |
| 10/05/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with client;<br>Telephone conference with Counsel;<br>review client documents. | | T | 0.60 | 300.00 | 180.00 |
| | | | | **Date: 10/5/2022** | 1.50 | | 450.00 |
| | **Date: 10/10/2022** | | | | | | |
| 10/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Follow up email correspondence to<br>Preston regarding Itemized invoices. | | T | 0.25 | 300.00 | 75.00 |
| | | | | **Date: 10/10/2022** | 0.25 | | 75.00 |
| | **Date: 10/13/2022** | | | | | | |
| 10/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Sawtooth Construction email<br>correspondence and client documents. | | T | 0.40 | 300.00 | 120.00 |
| 10/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with client<br>regarding Hold back and escrow. | | T | 0.25 | 300.00 | 75.00 |
| | | | | **Date: 10/13/2022** | 0.65 | | 195.00 |
| | **Date: 10/14/2022** | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/14/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with Pioneer Title;<br>Telephone conference with Paige; review<br>Purchase & Sales Agreement and Preston<br>Invoicing. | | T | 1.00 | 300.00 | 300.00 |
| 10/14/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Draft letter to Pioneer Title. | | T | 0.90 | 300.00 | 270.00 |
| 10/14/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with clients | | T | 0.20 | 300.00 | 60.00 |
| | | | | **Date: 10/14/2022** | 2.10 | | 630.00 |
| **Date: 10/16/2022** | | | | | | | |
| 10/16/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review new Escrow paperwork provided<br>by Pioneer Title; review Purchase &<br>Sales Agreement, client documents, and<br>Mark Brown email correspondence. | | T | 0.50 | 300.00 | 150.00 |
| | | | | **Date: 10/16/2022** | 0.50 | | 150.00 |
| **Date: 10/19/2022** | | | | | | | |
| 10/19/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Escrow documents; email<br>correspondence with counsel. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 10/19/2022** | 0.75 | | 225.00 |
| **Date: 10/25/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/25/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference with Preston and Paige; review Sawtooth invoices. | | T | 0.75 | 300.00 | 225.00 |
| | | | | Date: 10/25/2022 | 0.75 | | 225.00 |
| **Date: 10/26/2022** | | | | | | | |
| 10/26/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference with Preston Ziegler regarding Invoices. | | T | 0.50 | 300.00 | 150.00 |
| 10/26/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference with Counsel regarding windows and hold-back money. | | T | 0.60 | 300.00 | 180.00 |
| | | | | Date: 10/26/2022 | 1.10 | | 330.00 |
| **Date: 10/27/2022** | | | | | | | |
| 10/27/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Prepare email correspondence to Counsel regarding clarifying hold back monies and repairs, status of windows; obtain dates to depose G. Engman; review Purchase & Sales Agreement and additional client documents. | | T | 1.20 | 300.00 | 360.00 |
| 10/27/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Subpoena Rules; review Escrow Agreement. | | T | 0.60 | 300.00 | 180.00 |
| | | | | Date: 10/27/2022 | 1.80 | | 540.00 |
| **Date: 11/7/2022** | | | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/07/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Email correspondence with Paige at Pioneer Title Company; email correspondence with Counsel regarding Hold-back Monies and releasing it to the Plaintiffs. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 11/7/2022** | 0.75 | | 225.00 |
| **Date: 11/8/2022** | | | | | | | |
| 11/08/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Mark Brown; review Pioneer Title documents. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 11/8/2022** | 0.40 | | 120.00 |
| **Date: 11/9/2022** | | | | | | | |
| 11/09/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Hold-back Contract; review notes for Telephone conferences with Counsel and Mark Brown; prepare Notice of Deposition. | | T | 0.70 | 300.00 | 210.00 |
| | | | | **Date: 11/9/2022** | 0.70 | | 210.00 |
| **Date: 11/10/2022** | | | | | | | |
| 11/10/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with counsel; review Hold back instructions; email correspondence with counsel regarding Disburse Hold back money; provide windows; deposition planning; email correspondence with client. | | T | 1.25 | 300.00 | 375.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| | | | | **Date: 11/10/2022** | 1.25 | | 375.00 |
| | **Date: 11/17/2022** | | | | | | |
| 11/17/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review email correspondence from Counsel; review Escrow terms; email correspondence with client with update. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 11/17/2022** | 0.75 | | 225.00 |
| | **Date: 11/22/2022** | | | | | | |
| 11/22/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Prepare and attend call with client; Telephone conference with Preston Sawtooth Construction; review client documents. | | T | 1.25 | 300.00 | 375.00 |
| | | | | **Date: 11/22/2022** | 1.25 | | 375.00 |
| | **Date: 11/23/2022** | | | | | | |
| 11/23/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference with Mark Brown regarding Gary Engman. | | T | 0.25 | 300.00 | 75.00 |
| | | | | **Date: 11/23/2022** | 0.25 | | 75.00 |
| | **Date: 12/2/2022** | | | | | | |
| 12/02/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Inter pleader action and process; review client documents; email correspondence with Pioneer Title. | | T | 1.40 | 300.00 | 420.00 |
| | | | | **Date: 12/2/2022** | 1.40 | | 420.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

**Exhibit E**

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| | | **Date: 12/5/2022** | | | | | |
| 12/05/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Revise Deposition Notice; review Court Scheduling Order; serve Engman with Notice of Deposition. | | T | 0.50 | 300.00 | 150.00 |
| | | | | **Date: 12/5/2022** | 0.50 | | 150.00 |
| | | **Date: 12/13/2022** | | | | | |
| 12/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Telephone conference with Paige, Telephone conference with counsel; research Federal inter pleader; review client documents and email correspondence. | | T | 1.25 | 300.00 | 375.00 |
| 12/13/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Federal inter pleader case research; Telephone conference with Counsel for Pioneer Title. | | T | 0.40 | 300.00 | 120.00 |
| | | | | **Date: 12/13/2022** | 1.65 | | 495.00 |
| | | **Date: 12/21/2022** | | | | | |
| 12/21/2022 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Draft response to Motion to Withdraw; review case law. | | T | 1.00 | 300.00 | 300.00 |
| | | | | **Date: 12/21/2022** | 1.00 | | 300.00 |
| | | **Date: 12/22/2022** | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 12/22/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Prepare Response to Engman's Motion to Withdraw; review Federal Rules on substituting counsel. | | T | 1.10 | 300.00 | 330.00 |
| | | | | **Date: 12/22/2022** | 1.10 | | 330.00 |
| **Date: 12/23/2022** | | | | | | | |
| 12/23/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Review Counsel's Motion and Court Order; research rules on Withdrawal. | | T | 0.75 | 300.00 | 225.00 |
| | | | | **Date: 12/23/2022** | 0.75 | | 225.00 |
| **Date: 12/27/2022** | | | | | | | |
| 12/27/2022 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Prepare Notice Vacating Deposition; email correspondence with client. | | T | 0.60 | 315.00 | 189.00 |
| | | | | **Date: 12/27/2022** | 0.60 | | 189.00 |
| **Date: 1/3/2023** | | | | | | | |
| 01/03/2023 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Telephone conference and email correspondence with James Quitana; Tri-County process; and email correspondence with clients. | | T | 0.75 | 315.00 | 236.25 |
| 01/03/2023 | JCK | 12673-001/ Hart, G.J. Hart v. Legends Development Company Email correspondence with James Quitana regarding Engman details. | | T | 0.40 | 315.00 | 126.00 |
| | | | | **Date: 1/3/2023** | 1.15 | | 362.25 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

# Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | **Date: 1/17/2023** | | | | | |
| 01/17/2023 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Order regarding Default; read<br>through statute. | | T | 0.40 | 315.00 | 126.00 |
| 01/17/2023 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research default provisions, local rules<br>and statutes. | | T | 0.75 | 315.00 | 236.25 |
| | | | | **Date: 1/17/2023** | 1.15 | | 362.25 |
| | | **Date: 1/19/2023** | | | | | |
| 01/19/2023 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Court Order; draft and finalize<br>Request for Default and Affidavit in<br>Support of Default; read Federal Rules on<br>Default Judgment. | | T | 2.25 | 315.00 | 708.75 |
| | | | | **Date: 1/19/2023** | 2.25 | | 708.75 |
| | | **Date: 1/22/2023** | | | | | |
| 01/22/2023 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Rule 55 default judgment; read<br>Local District Rules for Federal Court;<br>draft Motion for Default, default<br>judgment, affidavit in support of motion;<br>compile exhibits; read prior client<br>materials and discovery. | | T | 3.25 | 315.00 | 1,023.75 |
| | | | | **Date: 1/22/2023** | 3.25 | | 1,023.75 |
| | | **Date: 1/23/2023** | | | | | |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and
date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

# Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/23/2023 | JCK | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research Default Judgment Cases review and perform damage calculations; draft Motion for default judgment, affidavit in support of motion, and the proposed order for default. | | T | 3.75 | 315.00 | 1,181.25 |
| | | | | Date: 1/23/2023 | 3.75 | | 1,181.25 |
| | | | | Initials: JCK | 95.35 | | 28,787.25 |
| Initials: KRF | | | | | | | |
| | Date: 7/29/2022 | | | | | | |
| 07/29/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Notice of Removal; email correspondence with J. Kimball regarding same. | | T | 0.20 | 230.00 | 46.00 |
| | | | | Date: 7/29/2022 | 0.20 | | 46.00 |
| | Date: 8/15/2022 | | | | | | |
| 08/15/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Notice of Filing of Removal; research regarding same; conference with J. Kimball regarding same. | | T | 0.60 | 230.00 | 138.00 |
| | | | | Date: 8/15/2022 | 0.60 | | 138.00 |
| | Date: 8/16/2022 | | | | | | |
| 08/16/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Research regarding Diversity Jurisdiction; email correspondence with J. Kimball. | | T | 1.20 | 230.00 | 276.00 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E

# Lawson Laski Clark, PLLC

## Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| | | | | **Date: 8/16/2022** | 1.20 | | 276.00 |
| | **Date: 8/26/2022** | | | | | | |
| 08/26/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Conference with J. Kimball regarding<br>removal and remand; review file. | | T | 0.50 | 230.00 | 115.00 |
| | | | | **Date: 8/26/2022** | 0.50 | | 115.00 |
| | **Date: 8/30/2022** | | | | | | |
| 08/30/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Motion to Withdraw; conference<br>with J. Kimball regarding same. | | T | 0.20 | 230.00 | 46.00 |
| | | | | **Date: 8/30/2022** | 0.20 | | 46.00 |
| | **Date: 9/6/2022** | | | | | | |
| 09/06/2022 | KRF | 12673-001/ Hart, G.J.<br>Hart v. Legends Development Company<br>Review Complaint; review and revise<br>Discovery Plan and Litigation Plan. | | T | 2.40 | 230.00 | 552.00 |
| | | | | **Date: 9/6/2022** | 2.40 | | 552.00 |
| | | | | **Initials: KRF** | 5.10 | | 1,173.00 |
| | | | | **Activity Code:** | 105.75 | | 32,547.09 |
| | | | | **Grand Total:** | 105.75 | | $32,547.09 |

Matter ID=Ask User('Please enter a Matter ID') and date >= Ask User('Please enter a start date (MM/DD/YYYY)') and date <= Ask User('Please enter an ending date (MM/DD/YYYY)')

Exhibit E