Jared C. Kimball, ISB No. 5491
LAWSON LASKI CLARK, PLLC
675 Sun Valley Road, Suite A
Post Office Box 3310
Ketchum, Idaho 83340
Telephone: (208) 725-0055
Facsimile: (208) 725-0076
*jck@lawsonlaski.com*
*efiling@lawsonlaski.com*

Attorneys Plaintiffs.

UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, <br><br> Plaintiffs, <br><br> vs. <br><br> LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual, <br><br> Defendants. | Case No. 1:22-cv-00323-CWD <br><br><br><br> **AFFIDAVIT OF SERVICE** |

**AFFIDAVIT**

I, Jared C. Kimball, declare under penalty of perjury that the following facts are true and correct to

the best of my information and belief:

1.      I, and my firm, are the attorneys for the Plaintiffs in this action.

2.      I have reviewed the Wyoming Secretary of State website which provides for certain

AFFIDAVIT OF SERVICE -1

addresses for Defendant Legends Development Company, and its Registered Agent, Gary J. Engman; to-wit: 970 W. Broadway, Ste E #514, Jackson, WY 83001; 970 W. Broadway, Jackson, WY 83301; and P.O. Box 137 Bellevue, ID 83313.

3. I have reviewed the *Affidavit of Service* of Bren E. Mollerup (ECF # 24) wherein former counsel for Defendants notes an address of P.O. Box 137, Bellevue, ID 83318-0137 for the Defendants (this address is also noted as a last known address for Defendants in ECF # 23).

4. On February 9, 2023, my office sent copies of *Plaintiffs' Motion for Default Judgment, Affidavit of Jared C. Kimball In Support of Request for Entry of Default Judgment, A Docket Entry Order /Notice of Hearing* (dated Feb. 2, 2023) and a *(Proposed) Default Judgment* to Defendants by U.S. Certified Mail (return receipt requested) addressed to P.O. Box 137, Bellevue, ID, 83313-0137; addressed to 970 W. Broadway, Ste E #514, Jackson, WY 83001; and addressed to 970 W. Broadway, Jackson, WY 83301 (*see also*, Exhibit A (attached) indicia of further service upon Defendants).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JARED C. KIMBALL

STATE OF IDAHO )
       )
County of Blaine )

Signed (or attested) before me on this 9th day of February , 2023 by JARED C. KIMBALL

_____
Notary Public of Idaho
Commission Expires: 11/08/2027

AFFIDAVIT OF SERVICE -2

# Exhibit A



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary J Engman
970 W. Broadway
Jackson, WY 83001

9590 9402 7194 1284 0892 12

2. Article Number (Transfer from service label)
7021 0350 0001 1583 1340

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0350 0001 1583 1340

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Gary J. Engman
Street and Apt. No., or PO Box No.
970 W. Broadway
City, State, ZIP+4
Jackson, WY 83001

Exhibit A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Legends Development Company
970 W. Broadway Ste E #514

Jackson, WY 83001

9590 9402 7194 1284 0892 29

2. Article Number (Transfer from service label)

7021 0350 0001 1583 1364

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0350 0001 1583 1364

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To
Legends Development Company
Street and Apt. No., or PO Box No.
970 W. Broadway Ste E #514
City, State, ZIP+4
Jackson, WY 83001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

<span style="color:red">Exhibit A</span>



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gary J. Engmam
PO Box 137
Bellevue, Idaho 83318-0137

959 0940 2 7 1491 284 0892 36

2. Article Number *(Transfer from service label)*

7021 0350 0001 1583 1357

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0350 0001 1583 1357

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Gary J. Engmam
Street and Apt. No., or PO Box No.
PO Box 137
City, State, ZIP+4®
Bellevue, Idaho 83318-0137

PS Form 3800, April 2015

Exhibit A