UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014,<br><br>        Plaintiffs,<br><br>v.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>        Defendants. | Case No. 1:22-cv-00323-CWD<br><br>**JUDGMENT** |

JUDGMENT ON THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW (Dkt. 91) IS ENTERED AS FOLLOWS:

In favor of Plaintiffs GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and against Defendant LEGENDS DEVELOPMENT COMPANY, for $141,370.65 in damages.

    **IT IS SO ORDERED.**

Dated: **August 27, 2024**

Candy W. Dale
United States Magistrate Judge

JUDGMENT - 1