UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LEGENDS DEVELOPMENT COMPANY, a Wyoming corporation; and GARY J. ENGMAN, an individual,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00323-CWD<br><br>**AMENDED JUDGMENT** |

**JUDGMENT IS ENTERED AS FOLLOWS:**

In accordance with the Court's Findings of Fact and Conclusions of Law (Dkt. 91) and the Court's Memorandum Decision and Order on attorney fees (Dkt. 99),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1)　　Plaintiffs GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND

**AMENDED JUDGMENT - 1**

HEATHER HART LIVING TRUST dated February 28, 2014, are entitled to a judgment against Defendant LEGENDS DEVELOPMENT COMPANY, for $141,370.65 in damages.

2) Attorney fees in the total amount of $88,300.50 are awarded in favor of Plaintiffs GERARD J. HART, solely in his capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and HEATHER ANN HART, solely in her capacity as Trustee of the GERARD AND HEATHER HART LIVING TRUST dated February 28, 2014, and against Defendant LEGENDS DEVELOPMENT COMPANY pursuant to Fed. R. Civ. P. 54(d).

3) Additionally, this case is hereby ordered closed.

**IT IS SO ORDERED.**

Dated: **November 26, 2024**

Candy W. Dale
United States Magistrate Judge